

# COHEN FORMAN BARONE, LLP
## AN EXPERIENCED LAW FIRM

**www.cfblaw.com**

| DAVID J. COHEN | CORY FORMAN | CARLA A. BARONE |
|---|---|---|
| david@cfblaw.com | cory@cfblaw.com | carla@cfblaw.com |

April 1, 2024

Honorable Judge William F. Kuntz, II
United States District Court for the EDNY
225 Cadman Plaza East
Brooklyn, New York 11201

Re: **Scott Koeppel, Case No.1:22-cr-00470-WFK-PK-1**
        **Postponement Request**

Your Honor:

I write as counsel for the defendant in the above matter, Scott Koeppel. Your Honor will recall sentencing Mr. Koeppel in November 2023, to a term of imprisonment of ninety-days (90). Mr. Koeppel is due to surrender in approximately thirty (30) days and, as a result of present fully-engaged employment that was unknowable at the time of sentencing, counsel is requesting a postponement of Mr. Koeppel's surrender date. Additionally, Mr. Koeppel's only daughter is due to graduate college in May, 2024, after the defendant's presentably scheduled surrender date. Of course, Mr. Koeppel would like to attend the graduation as well.

As a direct result of Mr. Koeppel's actions in this matter his company laid off workers, lost clients, took a significant financial loss and will continue to be ordered to pay restitution to the United States government, in all likelihood, well into the 2030's. Since Mr. Koeppel's sentencing became known to potential business partners, he has been able to begin the long road to repairing his company and bringing back to work employees he has had to let go. Your Honor will recall, that after a thorough investigation by the Criminal Division of the IRS as well as a full prosecution by the United States Attorney's Office, the Mr. Koeppel's work was never called into question. His company provided, and is trying to continue to provide, excellent work, craftmanship and a final product to his employers.

In particular, two vendors (*see attached letters)* have placed their trust in Mr. Koeppel's company for projects that were started this calendar year and will continue through the Fall. One company, has engaged Mr. Koppel to construct a research facility, and, the other has hired Mr. Koeppel to complete construction on several brick and mortar businesses. Mr. Koppel is project manager on these projects and is integral to their completion and success. We are optimistic, based on the feedback from these business partners, that successful

---

Manhattan    950 Third Avenue, 11th floor, New York, NY 10022    T. 212.766.9111    F. 212.766.9166
Long Island    228 East Main Street, Patchogue, NY 11772    T. 631.766.9111    F. 212.766.9166



completion of these projects will allow Mr. Koeppel the ability to leave the day to day management of future projects to others in his company during the required incarceration period.

Because of the financial hardship that would ensue to Mr. Koeppel's company, his workers, his business partners and the contracts they have committed to, Mr. Koeppel, through counsel, requests a postponement of his surrender date until December 2024. This  is a crucial time for Mr. Koeppel's business and family, and, with Your Honor's mercy, the opportunity to complete these projects will provide proof of his company's solvency to other potential business partners.

Respectfully submitted,

 //s// David Jason Cohen //s//
David J. Cohen, Esq.
Cohen Forman Barone, LLP



Shapel General Contracting, Inc.

26 East Main Street

Carnegie, PA 15106

To Whom It May Concern,

    We are a retail general contractor who has currently contracted Scott Koeppel for our NYC/Long Island based projects.  This letter intends to stress the importance of having Scott Koeppel continue as Superintendent for our company on projects that are currently ongoing as well as future jobs we have committed to for our Retail partners.  Scott has informed me that there now may be a conflict with those projects, and my hope is to find any compromise on our behalf.   Scott's performance and partnership is one of the reasons we are awarded these projects. We are anticipating financial hardship not only for us, but also our customers should this conflict come to fruition.

As a retail general contractor our business cycle is seasonal.   Historically, our slowest months are the end of November through February due to holiday sales.  Any postponement to allow Scott to finish his current and future obligation would be appreciated.


If there should be any questions, please feel free to reach out


Thank you,


Shane Franklin
President
Shapel General Contracting, Inc.
412.522.8347



3-22-2024

To whom it may concern,

      I am writing this letter on behalf of Scott Koppel and a project he is working on for my company.  Scott has just begun a major renovation of my building and construction of a research facility.  Currently with no unforeseen interruptions, I am anticipating a completion date in Q4 of this year.   Optimistically the is will be done by October/November time frame.   It is absolutely critical no interruptions occur or I may lose a majority of my business and employees.   I ask all suppliers of Scott Koppel and his team to keep all commitments.

For any further information please contact me directly 631-404-7497

Christopher Portelli
President

Managing Director US: Christopher Portelli | Board: Hans Munch, Manuela Munch, Michael Munch

SONOTEC US Inc.
10 Newton Pl., Hauppauge, NY 11788
United States

Email: sales@sonotecusa.com
Phone: (631) 415-4758
Fax: (631) 234-4871

Tax ID: 99-0384545
Duns: 078800524