

# COHEN FORMAN BARONE, LLP
## AN EXPERIENCED LAW FIRM

www.cfblaw.com

| DAVID J. COHEN | CORY FORMAN | CARLA A. BARONE |
|---|---|---|
| david@cfblaw.com | cory@cfblaw.com | carla@cfblaw.com |

April 18, 2024

Honorable Judge William F. Kuntz, II
United States District Court for the EDNY
225 Cadman Plaza East
Brooklyn, New York 11201

**Re: Scott Koeppel, Case No.1:22-cr-00470-WFK-PK-1**
     **Postponement Request**

Your Honor:

As counsel for Scott Koeppel, I write to request a postponement of Mr. Koeppel's surrender date. Mr. Koeppel is scheduled to surrender for service of sentence at the institution designated by the Bureau of Prisons on **May 3, 2024**. Mr. Koeppel's only daughter is due to graduate college on **May 14, 2024**, where she will receive recognition for being on the dean's list every semester as well as being Captain for The Long Island University Equestrian Team for the past two years.

This is a very significant time for Mr. Koeppel and his family. Mr. Koeppel is extremely proud of his daughter's amazing accomplishments and wishes nothing more than to share the experience together with his daughter and their family on her graduation day. It is a memory every parent fondly recalls as they and their children advance in age. We ask Your Honor to allow this brief postponement to create such a memory. We are hoping to avoid the memory (and, the indignity) that Mr. Koeppel, his daughter, and their family will experience if Mr. Koeppel misses this monumental moment in his daughter's schooling and life because he was incarcerated at the time of her graduation and recognition.

Considering Mr. Koeppel's lack of criminal history, the nature of his crime, his exemplary record while this case was looming (first with the IRS then after his plea of guilty), we believe this is a very reasonable request. Counsel has spoken with the **government, and they have no objection** to Mr. Koeppel attending his daughter's graduation and moving his surrender date back by one week.

We pray Your Honor will approve this important and meaningful request.

Respectfully submitted,

//s//David Jason Cohen//s//
Law Offices of Cohen Forman Barone
By: David Jason Cohen, Esq
david@cfblaw.com

Enc.

| Manhattan | 950 Third Avenue, 11th floor, New York, NY 10022 | T. 212.766.9111 | F. 212.766.9166 |
| Long Island | 228 East Main Street, Patchogue, NY 11772 | T. 631.766.9111 | F. 212.766.9166 |

# LONG ISLAND UNIVERSITY

700 Northern Boulevard
Brookville, New York 11548

January 11, 2024

Samantha Koeppel
11 Hamlet Drive
Mount Sinai, NY 11766

Dear Samantha,

As Long Island University Vice President for Student Affairs, I am pleased to inform you that based on your outstanding academic accomplishments during the Fall 2023, you have been placed on the Long Island University Dean's List.

Eligibility for the Dean's List is evaluated after each fall and spring semester and is determined by grades earned in the regular academic semesters (fall and spring). Dean's List students complete a minimum of 12 credits and achieve a grade point average of at least 3.5 in any one semester. Your full-time course load in culmination with your high grade point average demonstrates a true dedication to academic excellence, as well as indicates commitment to high academic performance in your chosen disciplines and undergraduate career.

Dean's List placement is a distinctive honor that deserves recognition. Please accept my wholehearted congratulations to you on attaining Dean's List standing.

Sincerely,

Michael J. Berthel

Michael Berthel
Vice President
Student Affairs

## Student Information

All LIU Post, Riverhead, and College of Veterinary Medicine graduates are encouraged to participate in the Commencement Ceremony on May 14, 2024. The ceremony will feature several commencement remarks and speakers, and each student physically in attendance will be recognized by name.

### Ceremony Format

Long Island University will host its Commencement for the Class of 2024 in-person. Students will receive a maximum of 10 guests. Please note, due to space limitations additional tickets are not available.

The Ceremony will take place as follows:

- Graduate Line-up Begins: 9:30 a.m.
- Faculty and Platform Line-up Begins: 10 a.m.
- Undergraduate, Graduate and Doctoral Ceremony Begins: 10:30 a.m.

Commencement will be streamed live on the Commencement Website for others to view. Click the button below to visit the Graduation Ticket Portal to register yourself and your guests for the ceremony by April 12, 2024.

**GRADUATION TICKET PORTAL (https://graduation.liu.edu)**

### Inclement Weather Plan

Long Island University may move its Commencement for the Class of 2024 indoors in the event of anticipated inclement weather. The decision to implement the inclement weather plan will be determined a few days in advance of the ceremony using the available information at that time. If moved indoors, there will be two separate ceremonies and graduates will be permitted three (3) tickets each. Please note, due to space limitations additional tickets are not available.

In the event of the inclement weather plan, the Ceremonies will take place as follows:

- Undergraduate Ceremony: 10:30 a.m. in the Pratt Recreation Center (Graduate Line-up at 9:30 a.m.)
- Graduate and Doctoral Ceremony: 2:30 p.m. in the Pratt Recreation Center (Graduate Line-up at 1:30 p.m.)

### Cap and Gown

All students can purchase a cap and gown through the University Bookstore. The cap and gown will be shipped directly to each student's home or available for pick-up at the bookstore for on-campus students. For more information on purchasing a Cap and Gown, please click here (https://liu.edu/commencement/post/cap-gown).

Please note: Graduates must be in good financial standing and have satisfied their financial bill in order to pick-up their cap and gown and participate in Commencement.

### Official Program

Each graduating student will receive a digital copy of the Official Commencement Program. The program will have a schedule of events, names of all graduates, and list honors and recognition.

### COMMENCEMENT (/commencement/post)

Student Information (/commencement/post/student-information)

Cap & Gown (/commencement/post/cap-gown)

Class Giving (/commencement/post/class-giving)

Pre-Commencement Events (/commencement/post/pre-commencement-events)

Previous Ceremony (/commencement/post/previous-ceremony)

### CONTACT US

post-commencement@liu.edu (mailto:post-commencement@liu.edu)
516-299-3242

Honorable Judge William F. Kuntz, II
United States District Court of the EDNY
225 Cadman Plaza East
Brooklyn, New York 11201

April 12, 2024

Dear Judge Kuntz II,

I am writing on behalf of Scott Koeppel, Case No. 1:22-cr-00470-WFK-PK-1. I have known the defendant and his Mary for some 28 years, having officiated their wedding. I am very familiar with the family's charitable contributions assisting the underprivileged of diverse faiths.

I respectfully ask that Scott be permitted to attend his daughter's upcoming graduation ceremony on May 14th. I know that it would mean much to the entire family.

Thank you for your consideration of this matter.

With much appreciation,

*[signature]*

Rabbi Joseph Potasnik
Executive Vice President
The New York Board of Rabbis