

# COHEN FORMAN BARONE, LLP
## AN EXPERIENCED LAW FIRM

www.cfblaw.com

| DAVID J. COHEN | CORY FORMAN | CARLA A. BARONE |
|---|---|---|
| david@cfblaw.com | cory@cfblaw.com | carla@cfblaw.com |

April 23, 2024

Honorable Judge William F. Kuntz, II
United States District Court for the EDNY
225 Cadman Plaza East
Brooklyn, New York 11201

Re: **Scott Koeppel, Case No.1:22-cr-00470-WFK-PK-1**
**Postponement Date**

Your Honor:

Mr. Koeppel wants to thank the Court for granting our request to postpone his surrender date. Because the date wasn't specified in the previous order filed on April 22, 2024 (under ECF No. 25), and to avoid any confusion, counsel wishes to make clear that the new date of Mr. Koeppel's surrender is **May 21, 2024**.

Respectfully submitted,

//s//David Jason Cohen//s//
Law Offices of Cohen Forman Barone, LLP
By: David Jason Cohen, Esq.
david@cfblaw.com

The application is ✗ granted, ~~denied~~
SO ORDERED

s/ WFK
William F. Kuntz, II, U.S.D.J.
Dated: April 23, 2024
Brooklyn, New York

Manhattan — 950 Third Avenue, 11th floor, New York, NY 10022 — T. 212.766.9111 — F. 212.766.91(
Long Island — 228 East Main Street, Patchogue, NY 11772 — T. 631.766.9111 — F. 212.766.91(