IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | Docket No. 1:22-cr-00470-WFK |
| v. | * | |
| SCOTT KOEPPEL | * | |

\* \* \* \* \* \* \*

## ORDER

Upon consideration of the request made by Defendant to authorize the United States Pretrial Services Agency for the Eastern District of New York to return defendant's passport to his counsel, the Court having considered this request, it is this 1st day of August 2024, by the United States District Court for the Eastern District of New York,

ORDERED, that the United States Pretrial Services Agency for the Eastern District of New York return Defendant's passport to attorney David J. Cohen, Esq.

8/1/24



s/ WFK

HONORABLE J. WILLIAM F. KUNTZ, II
United States District Judge